IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
GARY GIOVON LYNN,              )
                               )
          Petitioner,          )
                               )
     v.                        )     1:24-cv-194
                               )
UNITED STATES OF AMERICA,      )
                               )
          Respondent.          )
```

## ORDER

On March 13, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new petition in the proper district after exhausting any available administrative remedies.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 8th day of July, 2024.

/s/ William L. Osteen, Jr.
United States District Judge